BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
*email:  admin@sdlawoffice.net*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAZAR KALAYJI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAHEGURU PAL SINGH, an individual; CANADIAN BASE TRANSPORT LTD.; DOE DRIVER; ROE EMPLOYER; DOE OWNER; ROE OWNER; DOES I-V; ROES I-V; ROE CORPORATIONS I-V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO. 2:21-cv-01387-RFB-BNW<br><br>**Stipulation and Order for Dismissal with Prejudice** |

Plaintiff, Nazar Kalayji, and Defendant, Canadian Base Transport, by and through their respective attorneys of record, stipulate that the above-entitled action be dismissed with prejudice.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1

Each party to bear their own costs and fees.

DATED this 25th day of March, 2022.

| BIGHORN LAW | STEPHENSON & DICKINSON, P.C. |
|---|---|
| By: ___*//Jacob G. Leavitt, Esq.//*___<br>JACOB G. LEAVITT, ESQ.<br>Nevada Bar No. 012608<br>JOSHUA P. BERRETT, ESQ.<br>Nevada Bar No. 012697<br>3675 W. Cheyenne Ave., Suite 100<br>North Las Vegas, Nevada 89032<br>T:  702-333-1111<br>*josh@bighornlaw.com*<br>Attorneys for Plaintiff | By: _____<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>2820 West Charleston Boulevard, Suite B-17<br>Las Vegas, Nevada 89102<br>P:  (702) 474-7229<br>F:  (702) 474-7237<br>*admin@sdlawoffice.net*<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

DATED this  29th  day of    March        , 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

Submitted by:

STEPHENSON & DICKINSON

By
BRUCE SCOTT DICKINSON
Nevada Bar No. 002297
2820 W. Charleston Blvd., Suite 19
Las Vegas, Nevada 89102
P:  702-474-7229
F:  702-474-7237
*Attorney for Defendants*

2